No. 83–6983. BATES *v.* UNITED AIR LINES, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–6984. SHAW *v.* CITY OF ST. LOUIS, MISSOURI, ET AL. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 83–6985. LEFTRIDGE *v.* CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 83–6986. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–6987. MARQUEZ *v.* PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 83–6988. PETWAY *v.* UNITED STATES PAROLE COMMISSION ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–6992. KLETT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–6993. HENDERSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–6995. EVERETT, BY HIS GUARDIAN AD LITEM, WARNER *v.* EVERETT ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 83–6998. BOLES *v.* GUILFORD TECHNICAL INSTITUTE. C. A. 4th Cir. Certiorari denied.

No. 83–6999. NICKENS *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 83–7000. JACKSON *v.* WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 83–7001. COVINO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.